**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> DREAMSEEK STORE, et al. <br><br> Defendants. | Case No. 23-cv-01496 <br><br> **Judge Lindsay C. Jenkins** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Toyota Motor Sales, U.S.A., Inc.'s ("Toyota" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Toyota having moved for entry of Default and Default Judgment against the defendants identified on Schedule A (collectively, the "Defaulting Defendants") based on Toyota's action for trademark infringement, counterfeiting, and false designation of origin;

This Court having entered upon a showing by Toyota, a temporary restraining order against Defaulting Defendants which included an asset restraining order;

Toyota having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

This Court further finds that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products using infringing and counterfeit versions of the federally registered Toyota trademarks (the "TOYOTA Trademarks") (a list of which is included in the below chart).

| Registration No. | Mark | Goods and Services |
|---|---|---|
| 1,797,716 |  | For: Automobiles and structural parts thereof in class 012. |
| 843,138 | TOYOTA | For: Automobiles and motor trucks in class 012. |
| 1,589,552 | TOYOTA | For: Brake fluid and transmission fluid for use in motor vehicles in class 001.<br><br>For: Lubricating oils and lubricating greases for use in motor vehicles in class 004. |
| 1,721,365 | TOYOTA | For: Parts and components made of metal for automobiles, trucks, and automotive vans; namely, lock cylinder and key sets, key blanks, cylinder head gaskets for internal combustion engines, bolts, nuts, |

| | | washers, pulleys, brackets, shrouds, spacers, rivets, screws, metallic plates, clips, plugs, tubing, springs, elbows for piping and tubing, motion limiting stops, cotter pins, shaft pins, shafts, housings, covers, hangers, clamps, supports, baffles, snap rings, shaft keys, collars, grommets, unions, shims, drain cocks, grease fittings in class 006.<br><br>For: Parts and components for automobiles, trucks, and automotive vans; namely, alternators, and parts thereof, and mounting hardware therefor; generators, and parts thereof, and mounting hardware therefor; starter parts and components; namely, clutch assemblies and parts thereof; housing assemblies and parts thereof; ignition parts for internal combustion engines; namely, glow plugs, cables, spark plugs, coils, points, condensers, rotors, distributors and parts thereof, distributor caps, vacuum advances; internal combustion engine parts; namely, pistons, piston sets, piston rings, piston ring sets, piston connecting rod subassemblies and parts thereof, piston subbassemblies with pins, intake valves, exhaust valves; carburetors and parts thereof and mounting hardware therefor; throttle linkage parts; idle adjustment parts; fuel injection pumps and parts thereof and housing therefor; throttle body assemblies and parts thereof; turbocharger assemblies, fuel injector assemblies, carburetor kits, governor covers, journal bearings, thrust bearings, roller bearings, ball bearings, bushings; compressors for air conditioners and parts thereof; compressor clutches and parts thereof in class 007. |
| --- | --- | --- |

3

For: Hand tools; namely, body compressors for motor vehicles, wheel lug wrenches, fuse pullers, screwdrivers, extension bars, pliers, hammers, offset wrenches, hub nut wrenches, socket wrenches, spark plug wrenches, wrenches; hand operated lifting jacks for land vehicles, and parts thereof, and carriers therefor in class 008.

For: Parts and components for automobiles, trucks, and automotive vans; namely, thermostatic valves, computers and computer assemblies; speedometer assemblies, and parts thereof, and cables therefor; speedometer driven gears, speed sensors, combination meters, tachometer assemblies and parts thereof; oil level gauges; fuel gauge assemblies and receivers therefor, temperature gauge assemblies and receivers therefor; ammeter assemblies; pressure gauge assemblies and receivers therefor; pressure switch assemblies, voltage meter assemblies, clinometers, audio components for automobiles; antennas, and cords therefor, and mounting hardware therefor; speakers, and grilles therefor, and mounting hardware therefor; speaker kits, tape players, tape player kits; radio receivers and mounting hardware therefor; radio receivers combined with tape players, audio amplifiers, batteries, electrical cables, wiring harnesses; starter parts and components; namely, yoke assemblies and parts thereof, starter coils, commutator frame assemblies and parts thereof, brushes, brush holder assemblies and parts thereof, starter

| | | |
|---|---|---|
| | | switch assemblies, armature assemblies and parts thereof; electric current rectifiers, voltage regulators, preheating timers, glow plug sensors, electrical fuses; electrical fuse blocks and covers therefor; turn signal switch assemblies; electrical switch assemblies and parts thereof; rheostats, fuel regulators, air flow meters, electric relays, solenoid assemblies, solenoid valves, automatic control valves, temperature sensors, fluid pressure sensors, fluid level sensors, tachometer input sensors, throttle position sensors, oxygen sensors, knock control sensors, magnet switch assemblies, signal generators; cigarette lighter assemblies and parts therefor in class 009.<br><br>For: Parts and components for automobiles, trucks, and automotive vans; namely, cool boxes, and accessories therefor; air conditioning systems; components and parts of air conditioning systems; namely, cooler/accessory assemblies, coolers, condensers, cooling fans, evaporators, cooling unit assemblies, blower motor assemblies and parts thereof; air conditioner kits; parts and components for cabin heating and ventilation; namely, cowl panel subassemblies, cowl vent doors, cowl vent louvers, air duct screens, air duct assemblies and parts thereof, ventilation control assemblies and parts thereof, heater control assemblies and parts thereof, control cable subassemblies and parts thereof, blower assemblies and parts thereof, radiator assemblies and parts thereof, heater cores, rear heaters and accessories therefor, heater valve assemblies; lamp housing assemblies |

and parts thereof; lamps; sealed beam
housing assemblies and parts thereof;
sealed beams, headlamp kits, fog
lamp covers, lens kits, headlamp
doors, rear window defoggers in class
011.

For: Parts and components for
automobiles, trucks, and automotive
vans; namely, main bodies and
components thereof; rear short body
assemblies, rear long body
assemblies; mouldings, being body
parts; RR L/guard body assemblies,
short L/guard bed assemblies, long
L/guard bed assemblies, long bed
body assemblies, short bed bodies,
complete bed assemblies; tailgates
and parts thereof, and mounting
hardware therefor; mirrors, and
actuators therefor, and mounting
hardware therefor, and covers
therefor; consoles and parts thereof;
and mounting hardware therefor;
interior trim panels and parts thereof;
seat assemblies, and parts thereof, and
mounting hardware therefor; seat
covers, body panels, deck lids, trunk
panels, hood windows and mounting
hardware therefor; windshields and
mounting hardware therefor; frames
and parts thereof; spare wheel carriers
and parts thereof; bumpers, and parts
thereof, and mounting hardware
therefor; radiator grilles; ornaments;
radiators, and parts thereof, and caps
therefor; radiator support assemblies
and parts thereof; radiator baffle
assemblies and parts thereof; radiator
reserve tanks and parts thereof; hood
front protectors; locks, and parts
thereof, and releases therefor; splash
shields, stone deflectors, instrument
panels, dash panels, safety pads;
glove compartment doors and parts
thereof; silencer pads, roof rails, roof

|  |  | channels, body trim; sunshade trim assemblies and parts thereof; sliding roofs, and parts thereof, and mounting hardware therefor; roof headlining assemblies and parts thereof; removable roofs and mounting hardware therefor; luggage compartment covers; package trays and parts thereof; tonneau covers and holders therefor; luggage compartment doors and parts thereof; luggage compartment trays, parcel covers, safety belt assemblies; seat adjuster assemblies and parts thereof; sun visor assemblies and parts thereof; battery carriers and parts thereof; license plate bracket assemblies and parts thereof; emblems; ornaments; spoiler assemblies, and parts thereof, and covers therefor, and protectors therefor; mudguard assemblies and parts thereof; fuel tank assemblies and parts thereof; fuel tank cover assemblies, fuel caps, fuel expansion tanks, charcoal canisters, engine block heaters, cargo covers, vehicle covers, masks, cargo screens, foot rests; deck board assemblies and parts thereof; ash receptacles, foot pedals; foot pedal linkage assemblies and parts thereof; foot pedal cable assemblies and parts thereof; automatic drive cable assemblies, choke cable assemblies, choke rod assemblies, choke openers, breakers; water pumps and parts thereof; oil cooler assemblies and parts thereof; engine cooling fans and shrouds therefor; trim Tings; transaxles and parts thereof; torque converters and parts thereof; transmissions and parts thereof; shift assemblies and parts thereof; transfer assemblies and parts thereof; differential carrier assemblies, differentials and parts |
|---|---|---|

| | | thereof; axle housing assemblies and parts thereof; drive shaft assemblies and parts thereof; brake drums, wheel hubs, disc wheels, wheel caps, hub caps, wheel covers, wheel cap rings; clutch parts; namely, housings, forks, pressure plates, release bearings, discs, pedal assemblies and parts thereof, cables, cylinders and parts thereof; brake parts; namely, caliper assemblies and parts thereof, pads, pad wear indicating assemblies and parts thereof, shoes and parts thereof and lining therefor, pedal assemblies and parts thereof, cylinders, boosters and parts thereof, proportioning valve assemblies, parking brake assemblies and parts thereof; steering system components; namely, steering wheels and parts thereof, steering column assemblies and parts thereof, steering wheel tilting assemblies and parts thereof, tie rod assemblies and parts thereof, idler arm assemblies and parts thereof, worm assemblies and parts thereof, steering racks and rack assemblies, steering pinions, ball joint assemblies and parts thereof, steering knuckles and parts thereof, valve assemblies and parts thereof, pumps and parts thereof; oil reservoirs and parts thereof; suspension components; namely, arm assemblies and parts thereof, spring assemblies and parts thereof, shock absorber assemblies and parts thereof including shock absorbers and strut cartridges, stabilizer bars; engine assemblies, short block assemblies, partial engine assemblies, cylinder head assemblies; engine parts and components; namely, cylinder heads, cylinder head housings, cylinder head cover subassemblies and parts thereof, valve seats, valve guides, valve lifters, valve push rods, rocker arm |
|---|---|---|

|  |  |  | assemblies and parts thereof, engine blocks, crankshafts, camshafts, camshaft housings, combustion chambers, cylinder liners, connecting rods, flywheel sub-assemblies and parts thereof, oil pumps and parts thereof; oil filters and holders therefor; timing gear case sub-assemblies and parts thereof; timing chains, timing belts, timing gears, timing sprockets, timing tensioners, timing vibration dampers, flywheel covers, oil pans, oil filler caps, positive crankcase ventilation valves, engine-driven belts; catalytic converters and mounting hardware therefor; engine exhaust manifolds; exhaust pipes and mounting hardware therefor; tail pipes and mounting hardware therefor and baffles therefor; mufflers and mounting hardware therefor; fuel pumps and parts thereof; fuel filter elements and holders therefor; engine intake manifolds, engine intake air valve assemblies, engine intake injection manifolds; air pumps and parts thereof; engine vacuum switch valve assemblies; air cleaner elements and holders therefor; transmission overhaul kits, stripes kits, timing kits, bearing kits, mudguard kits, worm kits for power steering, transaxle overhaul kits, theft kits, bumper kits, drop hitch receivers and brackets therefor; motor/pump assemblies, intake air surge tanks; vacuum pumps and parts thereof; cooling unit assemblies, air switch valve assemblies, joint shaft assemblies; floor pan assemblies and parts thereof; garnishes, cover retractor assemblies, cover tops; turn signal flasher assemblies and parts thereof; wiper motor/link assemblies and parts thereof; wiper arm/blade assemblies |

| | | |
|---|---|---|
| | | and parts thereof; windshield washers and parts thereof; motor assemblies and parts thereof for operating movable vehicle body components; electric horns, electric buzzers, vacuum speed control pump assemblies, tow hitches, racks for carrying items; starter assemblies and housing therefor; fitted covers for vehicles in class 012.<br><br>For: Parts and components for automobiles, trucks, and automotive vans; namely, clocks and parts thereof in class 014.<br><br>For: Parts and components for automobiles, trucks, and automotive vans; namely, gaskets, gasket kits, boots, boot kits, seals, tubing, o-rings, diaphragms, thermal insulators, hoses, plastic knobs, packing coil in class 017.<br><br>For: Parts and components for automobiles, trucks, and automotive vans; namely, floor mats, carpets in class 027. |
| 2,115,623 | TOYOTA | For: Vehicle anti-theft systems comprising radio frequency transmitters, radio frequency receivers, status monitors, glass breakage sensor units, electronic control units, dashboard signal lights, vehicular horn activators, vehicular light activators, and dashboard control switches, in various combinations of components, sold as a unit and individually as repair or replacement parts in class 012. |
| 1,262,925 | CAMRY | For: Automobiles and structural parts thereof in class 012. |

| | | |
|---|---|---|
| 5,256,854 | C-HR | For: Automobiles and structural parts thereof in class 012. |
| 867,434 | **COROLLA** | For: Motorcars and parts thereof in class 012. |
| 2,249,838 | HIGHLANDER | For: Automobiles and structural parts thereof in class 012. |
| 2,590,587 | LAND CRUISER | For: Automobiles in class 012. |
| 2,485,614 | PRIUS | For: Automobiles and structural parts therefor in class 012. |
| 2,171,261 | RAV4 | For: Automobiles and structural parts thereof in class 012. |
| 1,854,126 | 4RUNNER | For: Automobiles and structural parts thereof in class 012. |
| 2,462,106 | SEQUOIA | For: Motor cars and structural parts thereof in class 012. |
| 2,145,102 | SIENNA | For: Automobiles and structural parts thereof in class 012. |
| 5,932,399 | SUPRA | For: Automobiles and structural parts thereof in class 012. |
| 2,650,486 | TACOMA | For: Pick-up trucks and structural parts thereof in class 012. |
| 3,247,860 | TUNDRA | For: Automobiles and structural parts thereof in class 012. |
| 3,159,930 | YARIS | For: Motorcars and structural parts thereof in class 012. |
| 2,823,668 | TRD | For: Metallic parts of automobiles, namely, metal fasteners for use in automobiles, namely, nuts, bolts, screws and washers in class 006.<br><br>For: Automobile exhaust manifolds and engine mufflers; mechanical parts of automobile engines; oil filters for engines; metal gaskets for use in retaining and sealing fluids in automobile engines in class 007.<br><br>For: Electrical and electronic parts of automobiles, namely, pressure gauges, vehicle throttle position |

| | | |
|---|---|---|
| | | sensors, and electric wiring harnessesin class 009. |
| | | For: Structural parts of automobiles in class 012. |
| | | For: Pens in class 016. |
| | | For: Clothing, namely, t-shirts, sweatshirts, hats, and caps in class 025. |
| 1,574,718 | LEXUS | For: Automobiles in class 012. |
| 5,810,473 | LEXUS | For: Drinkware in class 021.<br><br>For: Clothing, namely, t-shirts, shirts, vests, sweatshirts, sweaters, jackets, hats, and caps in class 025. |
| 1,834,147 |  | For: Key rings in class 006.<br><br>For: Ballpoint pens in class 016.<br><br>For: Umbrellas in class 018.<br><br>For: Drinking cups in class 021.<br><br>For: Jackets, sweat shirts, caps, sweaters, polo shirts, sport shirts, pullovers, windbreakers, golf shirts in class 025.<br><br>For: Golf balls, golf bags in class 028. |
| 2,852,290 |  | For: Binders in class 016.<br><br>For: Traveling bags in class 018.<br><br>For: Bottles sold empty in class 021.<br><br>For: Stuffed toy animals in class 028. |
| 3,805,350 |  | For: Textiles and textile goods, namely, golf towels in class 024. |

| | | |
|---|---|---|
| 5,803,480 |  | For: Drinkware in class 021.<br><br>For: Clothing, namely, t-shirts, shirts, vests, sweatshirts, sweaters, jackets, hats, and caps in class 025. |
| 5,868,865 | CRAFTED FOR LEXUS | For: Sunglasses in class 009.<br><br>For: Handy lights, namely, hand-held flashlights in class 011.<br><br>For: Clocks in class 014.<br><br>For: Memo blocks, namely, notepads in class 016.<br><br>For: Bags, namely, leather bags and hand bags in class 018.<br><br>For: Candle holders, flower vases, non-electric coffee drippers for brewing coffee in class 021. |
| 6,938,649 |  | For: Oil filters; air filters for automobile engines; spark plugs; fuel filters in class 007.<br><br>For: Air filters for domestic use in class 011.<br><br>For: Brake pads for automobiles; disks for clutches for land vehicles; covers for clutches for land vehicles in class 012. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the TOYOTA Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Toyota product or not authorized by Toyota to be sold in connection with the TOYOTA Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Toyota product or any other product produced by Toyota, that is not Toyota's or not produced under the authorization, control or supervision of Toyota and approved by Toyota for sale under the TOYOTA Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Toyota Products are those sold under the authorization, control or supervision of Toyota, or are sponsored by, approved by, or otherwise connected with Toyota;

   d. further infringing the TOYOTA Trademarks and damaging Toyota's goodwill; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Toyota, nor authorized by Toyota to be sold or

14

offered for sale, and which bear any Toyota trademark, including the TOYOTA Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.  Upon Toyota's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate.com ("DHgate"), (collectively, the "Third Party Providers") shall within seven (7) calendar days of receipt of this Order, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of unauthorized and infringing goods using the TOYOTA Trademarks.

3.  Pursuant to 15 U.S.C. § 1117(c)(2), Toyota is awarded statutory damages from each of the Defaulting Defendants in the amount of seventy-five thousand dollars ($75,000) for willful use of counterfeit TOYOTA Trademarks in connection with the sale of products through at least the Seller Aliases.

4.  Toyota may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses Toyota used to serve the Temporary Restraining Order on the Third Party Providers.

5.  Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall within seven (7) calendar days of receipt of this Order, permanently restrain and

enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, and Online Marketplaces, from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6.  All monies, up to the above identified statutory damages award in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are hereby released to Toyota as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are ordered to release to Toyota the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7.  Until Toyota has recovered full payment of monies owed to it by any Defaulting Defendant, Toyota shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall within seven (7) calendar days:

    a.  locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Teena Bohi, and any e-mail addresses provided for Defaulting Defendants by third parties;

16

    b.   restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.   release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Toyota as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8.     In the event that Toyota identifies any additional online marketplace accounts, or financial accounts owned by Defaulting Defendants, Toyota may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Teena Bohi and any e-mail addresses provided for Defaulting Defendants by third parties.

9.     The ten thousand dollar ($10,000) surety bond posted by Toyota is hereby released to Toyota or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Toyota or its counsel.

This is a Final Judgment.

ENTER: 23-cv-1496

DATED: May 25, 2023

_____

Lindsay C. Jenkins
United States District Judge

**Toyota Motor Sales, U.S.A., Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-01496**

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | aliexpress.com/store/1101276997 | Dreamseek Store |
| 2 | aliexpress.com/store/1101901911 | E-Point Flagg Store |
| 3 | aliexpress.com/store/1101543306 | flygo-global Store |
| 4 | aliexpress.com/store/1101904203 | GGU Store |
| 5 | aliexpress.com/store/1102250227 | N-FLY Flag Store |
| 6 | aliexpress.com/store/1102319376 | Oufan Affordable Store |
| 7 | aliexpress.com/store/1102549400 | Shop1102548394 Store |
| 8 | aliexpress.com/store/1102599122 | Shop1102601115 Store |
| 9 | aliexpress.com/store/1102598136 | Shop1102602105 Store |
| 10 | aliexpress.com/store/1101813711 | zzzzzzzzz Store |
| 11 | amazon.com/sp?seller=A4U4DCYW7KELG | 5675Mall |
| 12 | amazon.com/sp?seller=A3EQ9L7ASN1G8 | 97870Mall |
| 13 | amazon.com/sp?seller=APOVD8RIX1N2L | AiLiKaiMuJiangYaSen |
| 14 | amazon.com/sp?seller=A905MTPOETR0T | caojunyushangmao-01 |
| 15 | amazon.com/sp?seller=AR1I8KLBS5P5W | Chang Ting Hui Hong Wu Ye Guan Li You |
| 16 | amazon.com/sp?seller=A2C6SEFEAE20ON | ChengDuDongXiNingDianZiShangWuYou |
| 17 | amazon.com/sp?seller=A7LMDQRJPNQZS | Direta |
| 18 | amazon.com/sp?seller=A37BHAN968S34 | Eedie |
| 19 | amazon.com/sp?seller=A36BS9JATB80MZ | FangKL |
| 20 | amazon.com/sp?seller=A27F3MC2V4ZN1O | Fengqianrui |
| 21 | amazon.com/sp?seller=AZW3XFX8L1KB8 | guoyangximinshangmaoyouxiangongsi |
| 22 | amazon.com/sp?seller=A2MHJIJOCC7353 | hezepingshunwangluokejiyouxiangongsi |
| 23 | amazon.com/sp?seller=AHKABEVW1V3TF | Hron |
| 24 | amazon.com/sp?seller=AA50HSUX0S32L | HYWSX |
| 25 | amazon.com/sp?seller=A2SIX3YSU6SH2H | jianhuzhendianpu |
| 26 | amazon.com/sp?seller=A1FRWMGCVRN4Z9 | jiawudadianpu |
| 27 | amazon.com/sp?seller=AI6DV836NR39E | jijidedianpuha |
| 28 | amazon.com/sp?seller=ALU88KKKLYC40 | jinanxiangyucifuzhuangxiemaoyouxiangongsi |
| 29 | amazon.com/sp?seller=A1PLJH4N2VHUNW | kunmingkuizhuangmaoyiyouxianzerengongsi |
| 30 | amazon.com/sp?seller=A3MONO1Z1DW96J | lianyuanshiyuanjiaoshangmaofuwubu |
| 31 | amazon.com/sp?seller=A1NVFU4RBJMMWX | MBFISH SHOP |
| 32 | DISMISSED | DISMISSED |

| 33 | amazon.com/sp?seller=A35PRWK2SSX3C4 | OPEX-US |
| 34 | DISMISSED | DISMISSED |
| 35 | DISMISSED | DISMISSED |
| 36 | amazon.com/sp?seller=A3T7PPG4HGICZA | TianHongChanngShiXuanZh |
| 37 | amazon.com/sp?seller=A226CACM6Q3RQ2 | US Priority Manufacturing - Z |
| 38 | amazon.com/sp?seller=AHRPZ25NHTJDT | USACARPROMOTION |
| 39 | amazon.com/sp?seller=A2R0XJF71SDY3D | vanaep |
| 40 | amazon.com/sp?seller=A1QIXS4QRYTPIQ | xinxindedianpuha |
| 41 | DISMISSED | DISMISSED |
| 42 | amazon.com/sp?seller=AHRTNJHP80727 | yspwz |
| 43 | amazon.com/sp?seller=A1XTHKMA99HJLI | yunxiaoxianjunwanbaihuodian |
| 44 | ebay.com/usr/4cn3752 | 4cn3752 |
| 45 | ebay.com/usr/autopartssupply2021 | autopartssupply2021 |
| 46 | DISMISSED | DISMISSED |
| 47 | ebay.com/usr/jilinshenglingyan-0 | jilinshenglingyan-0 |
| 48 | ebay.com/usr/linquanwenhua | linquanwenhua |
| 49 | DISMISSED | DISMISSED |
| 50 | ebay.com/usr/vmajisuzo3923 | vmajisuzo3923 |
| 51 | ebay.com/usr/zhidian-auto | zhidian-auto |
| 52 | DISMISSED | DISMISSED |
| 53 | DISMISSED | DISMISSED |
| 54 | walmart.com/seller/101269801 | LF Co.Ltd |
| 55 | DISMISSED | DISMISSED |
| 56 | DISMISSED | DISMISSED |
| 57 | DISMISSED | DISMISSED |
| 58 | wish.com/merchant/5e89c76099a1f956e9d44fb4 | Andrew Spinks |
| 59 | wish.com/merchant/5e2f9b9c931124040170c52c | Ashaliyi Mask |
| 60 | wish.com/merchant/5e731d3f5021d6617a3ff3d9 | bancuipailin |
| 61 | wish.com/merchant/61153f02082931493c4a623e | BastiMarket Boutique |
| 62 | wish.com/merchant/5f73fccb68604e14e0576c51 | bhtui |
| 63 | wish.com/merchant/60c66d6494afd46a63c5268b | Charlesj87 |
| 64 | wish.com/merchant/6098d65c2948d1100e84fb9d | chencongying7789 |
| 65 | wish.com/merchant/5fec2e4db81ddf76178b10bf | chenjianyue5571 |
| 66 | wish.com/merchant/5e837275d605c6f3e145a61b | CJLX3I94J |
| 67 | wish.com/merchant/5dee6457e2a53a7980a1e578 | ckpabc |
| 68 | wish.com/merchant/5e451180a1764a63c76b64a7 | cnworldshop |
| 69 | wish.com/merchant/5ac46a99c2c89245fdef9d66 | ctctwazq |
| 70 | wish.com/merchant/56c19ec98d372f1142c37aa1 | ExcellentGoods |
| 71 | wish.com/merchant/5fe5731ce284288137c2b1f4 | fangyini886 |
| 72 | wish.com/merchant/5e859da429e78644502d3fa1 | feffrfvg |
| 73 | wish.com/merchant/5dca008529e7860705c9ec54 | Firly chunhua qiushi |

| 74 | wish.com/merchant/59afd1b4eea5c50da364255f | Flychen |
| 75 | wish.com/merchant/5d983d5179e0125140621ae7 | gaodubantin |
| 76 | wish.com/merchant/5f728c8afebd3105f410689f | genyangyang |
| 77 | wish.com/merchant/6052b02b844cc30701774a47 | Good luck qy |
| 78 | DISMISSED | DISMISSED |
| 79 | wish.com/merchant/5e3567e14d21f90103663ade | helie |
| 80 | wish.com/merchant/5e83761d0023b13fc04b8212 | HL0YAGLBY |
| 81 | wish.com/merchant/5e72f453dc0ec3417351e317 | Jinger jackets |
| 82 | DISMISSED | DISMISSED |
| 83 | wish.com/merchant/60755ee713129030f18baecd | jkhSogwef22 |
| 84 | wish.com/merchant/5e69173e2fb13fd0c50a92d4 | JONG DISTTHI |
| 85 | wish.com/merchant/5954b59c88709f716a03e482 | JZH tree |
| 86 | wish.com/merchant/5e9ad9c82405fbf180c4a558 | Liahgeer Baby_apo_s |
| 87 | DISMISSED | DISMISSED |
| 88 | wish.com/merchant/604c619e8e8db800451b867d | lingxin7682 |
| 89 | wish.com/merchant/600be107a7439e0045169aa3 | LiuJiaHuang |
| 90 | wish.com/merchant/617e2f3af0245d1b801b14bd | liujinrun34067 |
| 91 | wish.com/merchant/600a77dcb5a7cc611e29b029 | LiuRangQun |
| 92 | wish.com/merchant/5abf35d55ebcfd162850b2f4 | LIUYI shop |
| 93 | wish.com/merchant/5e674c14fc578f667a9280d9 | luodedian |
| 94 | wish.com/merchant/5e689db4c6a6e66342be924d | Mark Jackson |
| 95 | wish.com/merchant/5e61e95cd977f7067bfc6814 | mengjinga |
| 96 | DISMISSED | DISMISSED |
| 97 | wish.com/merchant/542004f77541ce458ae7d1f8 | oujgnv shopping |
| 98 | wish.com/merchant/5ea129629d79674a4d4a5a52 | qiu4268shop |
| 99 | wish.com/merchant/5e6891c09145ad3b0097a806 | rose green |
| 100 | wish.com/merchant/604c5efb4de48e695cab7a97 | sanzixi |
| 101 | wish.com/merchant/6077c113959bda4f76a5c2d3 | sdjadhajwhgefqjuwuq |
| 102 | wish.com/merchant/55928e031f650840573a0b0c | Shenzhen YINGKE Technology Co., Ltd. |
| 103 | wish.com/merchant/60b9e6b078f1762b82a8e424 | shihao48037 |
| 104 | wish.com/merchant/612888825a1cdcf7417d340b | sunxiaofeng51281 |
| 105 | wish.com/merchant/600988cacd02429b01dd6e33 | symptom |
| 106 | wish.com/merchant/59c8ee5021064f78668ca311 | tanlei90 |
| 107 | wish.com/merchant/604881d25f00196b06f2bf1f | tigers721 |
| 108 | wish.com/merchant/5e6866365c68184042cfaeea | VICTORIA CUEVAS |
| 109 | wish.com/merchant/5e6c971a57af090300624704 | WSDSPO |
| 110 | wish.com/merchant/5f59cb37e6bcc1ac74b6d028 | wujhvur |
| 111 | wish.com/merchant/604da747caa97a025b74b282 | wwsasdsdffgh |
| 112 | wish.com/merchant/5d4fd584933fb16bdeb8ae9b | xiangyiqiu |
| 113 | wish.com/merchant/5d3b21ba0ff7f93e803a54ed | XIAOCILAO |
| 114 | wish.com/merchant/591d94231339dd7ff32a0532 | Yang_ming |

| 115 | wish.com/merchant/6077d5ebf1b71c60f61e1cd3 | yangjianglong0680 |
| 116 | wish.com/merchant/5e75838529e7860d40562355 | yangweihongshop |
| 117 | wish.com/merchant/5b3dd4b201193932ad123411 | yeweiliang |
| 118 | wish.com/merchant/5d57bd68cf65031eec311ccc | ysyddp |
| 119 | wish.com/merchant/5b923f4a4de82f18d9078563 | yusang |
| 120 | wish.com/merchant/5ff685084647cc8e132c7d45 | zhangcaizhi2703 |
| 121 | wish.com/merchant/5fd852bc80764658b3bfc9fa | zhangchanchan4160 |
| 122 | wish.com/merchant/5e606d4929e786732e07412a | zhangjiyue |
| 123 | wish.com/merchant/5e203486a4c84a15bed084ec | zhanhxin888 |
| 124 | wish.com/merchant/5a9686b0ccf0c86da0ef57e6 | zhengjieyi |
| 125 | wish.com/merchant/540d273ec5c246307919e6dc | zhoulian fashion |
| 126 | wish.com/merchant/540d29dbc5c246306419e597 | zhouyi fashion |
| 127 | wish.com/merchant/600baecf69a49f40ae09d6eb | zhuyun0868 |
| 128 | wish.com/merchant/5f5882e5bde18a0f29644db0 | zuxiantanshi |